UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-25264-CIV-MORENO

MATTHEW FAISON,

        Plaintiff,

vs.

STATE OF FLORIDA,

        Defendant.

_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

THIS CAUSE came before the Court upon Plaintiff's Motion for Another De Novo Review (**D.E. 11**), filed on **February 14, 2020**. THE COURT has considered the motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

On January 29, 2020, the Court adopted Magistrate Judge Reid's Report and Recommendation and dismissed the complaint brought pursuant to 42 U.S.C. § 1983 as Plaintiff is a "three striker" under 28 U.S.C. § 1915(g) who failed to pay the filing fee. After this Court entered final judgment, Plaintiff filed objections to the Report and Recommendation.

Since the objections are untimely, the Court will liberally construe them as a motion for reconsideration. Reconsideration "is an extraordinary remedy to be employed sparingly." *Colomar v. Mercy Hosp., Inc.*, 242 F.R.D. 671, 684 (S.D. Fla. 2007) (quoting *Bautista v. Cruise Ships Catering & Serv. Int'l, N.V.*, 350 F. Supp. 2d 987, 992 (S.D. Fla. 2004)). A motion for reconsideration "will not be granted absent an intervening change in the law, availability of newly discovered evidence, or to correct clear error or prevent manifest injustice." *Id.*; *see also Michael Linet, Inc. v. Village of Wellington, Fla.*, 408 F.3d 757, 763 (11th Cir. 2005) (noting that

a party cannot use a motion for reconsideration "to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment").

Reviewing the objections, the Court finds that they do not alter the final judgment. Petitioner fails to make any new arguments as to why he is not a three striker, or why any exception to that rule applies to his case. Thus, the motion for reconsideration is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th of August 2020.

*Federico A. Moreno*

_____
    FEDERICO A. MORENO
    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Matthew Faison
038634-CI-125
Calhoun Correctional Institution
Inmate Mail/Parcels
19562 SE Institution Drive
Blountstown, FL 32424
PRO SE